# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SANDRA D. REID, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV419-327 |
| MR. KEVIN DOBARD, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

Sandra D. Reid, appearing *pro se*, bring this 42 U.S.C. § 1983 Complaint alleging employment discrimination and medical negligence. Doc. 1. Though filed in this District, the Complaint does not provide a clear connection to the Southern District of Georgia. The only potential connection that the Court can discern from the information provided is a reference in the case style to the U.S. Equal Employment Opportunities Commission (EEOC), which maintains an office in Savannah, Georgia. Plaintiff does not list the EEOC among the defendants in the body of her Complaint and does not articulate a cause of action against the commission. As such, the Court considers the inclusion of the EEOC in the case style to be in error.

As all relevant parties are located in Tift and Lowndes counties and the underlying injury occurred in Tift County, the proper venue for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2) (Tift County is in the Valdosta Division of the Middle District of Georgia). The Clerk is **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED**, this 19th day of February, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA